# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

_____

**DANIELLE ANDERSON**

      **vs.**                                     **CASE NUMBER: 3:08-cv-850 (GJD)**

**MICHAEL ASTRUE,**
**Commissioner of Social Security**

_____

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**  that the Commissioner's determination is AFFIRMED, and plaintiff's Complaint is DISMISSED in its entirety.  Judgment is hereby entered in favor of the Commissioner and this action is closed.

All of the above pursuant to the Order of the Honorable Magistrate Judge Gustave J. DiBianco, dated the 21st day of September, 2009.

DATED: September 22, 2009

                                                  */s/ Lawrence K. Baerman*
                                                  Clerk of Court

                                                  s/
                                                 Melissa Ennis
                                                 Deputy Clerk